Acknowledged.
Date: 03/29/2013

IN THE UNITED STATES DISTRICT COUR
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*(signature)* SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| JOHN R. CORBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-CV-0951-SEB-DML |
| ) | |
| KLOSTERMAN BAKING COMPANY ) | |
| and KBI, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties hereby stipulate and agree that this action be, and hereby is, dismissed with prejudice with each party to bear its own costs and attorney fees.

**Dated:** March 28, 2013.

Attorney for Plaintiff

By: /s/ Mary Jane Lapointe
    Mary Jane Lapointe

LAPOINTE LAW FIRM, P.C.
One North Pennsylvania Street
Suite 730
Indianapolis, IN  46204

Attorney for Defendants

By: /s/ Robert Kenneth Wellington II
    Robert Kenneth Wellington II

GRAYDON HEAD & RITCHEY LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Copies to:

Electronically registered counsel of record